AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

**FILED**

SEP 2 4 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

V.

RAMIRO HELIBERTO CUENCA-CAMPOS

## EXHIBIT AND WITNESS LIST

Case Number:  DR-20-CR-1104 (1)-AM

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| ALIA MOSES | | | | | REX BEASLEY | DALE OGDEN & JOSEPH CORDOVA |

| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|---|---|---|---|
| SEPTEMBER 24, 2020 | | | | | Vickie Garza | Debbie Green |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 9/24/20 | 2 | 9/24/20 | Defendant's signed consent to search his cell phone, Government exhibit |
| X | | 9/24/20 | 2A | 9/24/20 | English version of consent to search cell phone, Government exhibit |
| X | | 9/24/20 | | | Robert Gomez, Border Patrol Agent, Government witness |
| X | | 9/24/20 | 1 | 9/24/20 | Defendant's signed Miranda waiver, Government exhibit |
| X | | 9/24/20 | 3 | 9/24/20 | Copy of defendant's sworn statement, Government exhibit |
| X | | 9/24/20 | | | Christopher Mitchell, Border Patrol Agent, Government witness |
| X | | 9/24/20 | | | Special Agent Israel Borup, Homeland Security Investigations, Government witness |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1        Pages