UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
JUL 27 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | Cause No. DR-20-CR-01104-AM-1 |
| RAMIRO HELIBERTO CUENCA-CAMPOS § § § | |

## WAIVER OF RIGHT TO JURY TRIAL AND CONSENT TO TRIAL BEFORE THE COURT

I, Ramiro Cuenca-Campos, have been informed of my right to a trial by jury in the above-styled action. After consulting with my attorney, Assistant Federal Public Defender Dale F. Ogden, I hereby knowingly, voluntarily, intelligently, and freely waive my right to a jury trial and agree to proceed via a bench trial before United States District Judge Alia Moses.

Signed this 20th day of June, 2021.

_____
Defendant

I, Assistant Federal Public Defender Dale F. Ogden, have explained all of my client's trial rights to him. I have also translated this document into a language he understands. I am satisfied that his waiver of that trial right is a knowing and voluntary one.

_____
Attorney for defendant

The government has no objection to a bench trial.

_____
Assistant United States Attorney