UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CRIMINAL NO. DR-20-CR-1104-AM |
| | ) |
| RAMIRO HELIBERTO CUENCA-CAMPOS, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT OF FORFEITURE**

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture (ECF No. _____), pursuant to Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. §§ 853(n)(1)-(7), and this Court being fully and wholly apprised in all its premises, finds that: the United States of America has proven by a preponderance of the evidence the nexus between the Subject Property described below and the violations of Title 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2), by virtue of the Defendant's guilty verdict with factual basis recited into the record; and the Defendant has an interest in the Subject Property. Said Motion is meritorious and should be, and hereby is **GRANTED**.

IT IS THEREFORE **ORDERED** that all right, title, and interest of Defendant RAMIRO HELIBERTO CUENCA-CAMPOS in the Subject Property, namely:

1. **Samsung SM-A505G_DS cell phone, s/n: R28M32SDKFP,**

hereinafter referred to as the Subject Property, be, and hereby is, forfeited to the United States of America.

IT IS FURTHER **ORDERED** that any and all right, title and interest of all other potential petitioners in the Subject Property, be, and hereby is, held in default and FORFEITED to the United States of America.

IT IS FURTHER **ORDERED** that the Department of Homeland Security, Homeland Security Investigations, and the United States Customs and Border Protection Offices of Fines, Penalties and Forfeitures and/or its designated agent, shall dispose of the Subject Property in accordance with law, and/or its designated agent, shall dispose of the Subject Property in accordance with law.

IT IS FURTHER **ORDERED** that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (ECF No. 55) entered on September 29, 2021, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

SIGNED this _____ day of _____, 2023.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE