## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## DEL RIO DIVISION

UNITED STATES OF AMERICA

§
§
V.                                                           §
                                                             §
                                                             §        CAUSE NO. DR-20-CR-1104(1)
RAMIRO HELIBERTO CUENCA-       §        AM
CAMPOS                                                §
                                                             §

### NOTICE OF APPEAL

Ramiro Heliberto Cuenca-Campos, Defendant, and appellant, by his undersigned attorney,

hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from the

denial of the motion to suppress ruled on May 11, 2021, the guilty verdict returned by the court on

July 27, 2021, and the sentence imposed under the Sentencing Reform Act, by Chief U.S. District

Judge, Alia Moses on March 15, 2023, of the Western District of Texas.

DATED this 4th day of April 2023

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

      /s/
JOSEPH A. CORDOVA
Assistant Federal Public Defender
Western District of Texas
2205 Veterans Blvd., Ste. A-2
Del Rio, Texas 78840
(830) 703-2040        FAX: (830) 703-2047
SBN: 00787289
*Attorney For Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of April 2023, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notice to the following:


Rex Beasley
Assistant U.S. Attorney
111 E. Broadway, Suite 300
Del Rio, Texas 78840

Jaime Esparza
United States Attorney
601 N.W. Loop 410, Ste. 600
San Antonio, Tx 78216-5512


/s/ (Joseph A. Cordova)
Joseph A. Cordova
*Attorney for Defendant*