UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. DR-20-CR-1104(1) AM |
| RAMIRO HELIBERTO CUENCA-CAMPOS | § § § | |

## DESIGNATION OF RECORD

Ramiro Heliberto Cuenca-Campos, Defendant and Appellant, by his undersigned attorney, hereby designates as record for appeal all of the original documents and instruments filed with the District Clerk, and including but not limited to, all exhibits entered into evidence by either the Government or Defendant, the presentence investigation report, Defendant's objections to the presentence investigation report, complete transcripts of all the pretrial proceedings, sentencing; and a certified copy of the docket entries.

DATED this 4th day of April 2023.

                                                Respectfully submitted.

                                                MAUREEN SCOTT FRANCO
                                                Federal Public Defender

                                                    /s/
                                                JOSEPH A. CORDOVA
                                                Assistant Federal Public Defender
                                                Western District of Texas
                                                2205 Veterans Blvd., Ste. A-2
                                                Del Rio, Texas 78840
                                                (830) 703-2040    FAX: (830) 703-2047
                                                SBN: 00787289
                                                *Attorney For Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 4th day of April 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following:

Rex Beasley
Assistant U.S. Attorney
111 E. Broadway, Suite 300
Del Rio, Texas 78840

Jaime Esparza
United States Attorney
601 N.W. Loop 410, Ste. 600
San Antonio, Tx 78216-5512

<u>/s/ (Joseph A. Cordova)</u>
Joseph A. Cordova
*Attorney for Defendant*