READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

# TRANSCRIPT ORDER FORM

District Court: __Western District of Texas__     District Court Docket No. __DR-20-CR-1104(1)__

Short Case Title: __U.S.A v. Ramiro Heliberto Cuenca-Campo__   Court Reporter: __Vickie Garza__

**ONLY ONE COURT REPORTER PER FORM**
Date Notice of Appeal Filed by Clerk of District Court: __04/04/2023__     Court of Appeals No.: __23-50232__

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete the Following:**
☐ No Hearings   ☐ Transcript is unnecessary for appeal purposes   ☐ Transcript is already on file in the Clerk's Office
or
**Check All of the Following that Apply, Enter the date of the proceeding in the blank line.**
This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____   ☐ Voir Dire: _____
☒ Opening Statement of Plaintiff: __07/27/2021__   ☒ Opening Statement of Defendant: __07/27/2021__
☒ Closing Argument of Plaintiff: __07/27/2021__   ☒ Closing Argument of Defendant: __07/27/2021__
☒ Opinion of court: __07/27/2021__   ☐ Jury Instructions: _____   ☒ Sentencing: __03/15/2023__

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 09/24/2020 | Motion to Suppress Hearing | Alia Moses |
| 07/27/2021 | Bench Trial | Alia Moses |
| 03/15/2023 | Sentencing | Alia Moses |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the transcript.** The method of payment will be:
☐ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment waived by reporter;   ☐ U.S. Government Funds
☒ Other __FPD Invoice__

Signature __/s/ Joseph A. Cordova__     Date Transcript Ordered __4/12/2023__
Print Name __Joseph A. Cordova__     Phone: __830-703-2040__
Counsel for __Ramiro Heliberto Cuenca-Campos__
Address __2205 Veterans Blvd., Ste. A-2, Del Rio, TX__

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason: ☐ Deposit not received   ☐ Unable to contact ordering party
☐ Other (Specify) _____

Date: _____   Signature of Reporter: _____   Tel. _____
Address of Reporter: _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____     Actual Number of Volumes: _____

Date: _____   Signature of Reporter: _____